UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALVARADO,<br><br>Defendant. | No.   1:14-CR-2040-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO AMEND PRETRIAL RELEASE CONDITIONS** |

Before the Court, without oral argument, are Defendant Michael Alvarado's Motion to Amend Pretrial Release Conditions, ECF No. 34, and related Motion to Expedite, ECF No. 35.  Defendant seeks leave of the Court to permit him to attend Thanksgiving dinner with both of his parents at their respective houses.  The Court having reviewed the motion, spoken with the U.S. Probation Office, and considered the existing terms of Defendant's release and his conduct while on release, findings that granting Defendant's request with the modifications below will still ensure the safety of the community and the appearance of Defendant at all hearings in this matter.

Defendant's existing terms of release remain unchanged.  However, the Court will permit Defendant for the **sole purpose** of attending Thanksgiving

ORDER **-** 1

dinner at his parents' respective houses, to leave his residence on November 27, 2014, and to coordinate his planned departure, destinations, and return, with U.S. Probation.  At **ALL TIMES** Defendant must be accompanied by a responsible knowledgeable adult with a familial relationship, including in **each and every room in which Defendant enters where children are, or may be, present**. Defendant shall comply with any additional requests of the U.S. Probation Office that they deem necessary to coordinate Defendant's attendance at Thanksgiving dinner that are consistent with his existing release conditions.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant's Motion to Amend Pretrial Release Conditions, **ECF No. 34**, and related Motion to Expedite, **ECF No. 35**, are **GRANTED.**

**2.** Defendant has the leave of the Court to attend Thanksgiving dinner at his parents' respective houses on November 27, 2014, consistent with the conditions set forth above and any requirements of U.S. Probation consistent with the existing terms of release.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this 25th day of November 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge