UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALVARADO,<br><br>Defendant. | No.   1:14-CR-2040-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO AMEND PRETRIAL RELEASE CONDITIONS** |

Before the Court, without oral argument, are Defendant Michael Alvarado's Motion to Amend Pretrial Release Conditions, ECF No. 39, and related Motion to Expedite, ECF No. 40.  Defendant seeks leave of the Court to permit him to attend Christmas Eve and Christmas Day at both of his parents' houses.  The Court having reviewed the motion, spoken with the U.S. Probation Office, and considered the existing terms of Defendant's release and his conduct while on release, finds that granting Defendant's request with the modifications below will still ensure the safety of the community and the appearance of Defendant at all hearings in this matter.

//

ORDER **-** 1

Defendant's existing terms of release remain unchanged. However, the Court will permit Defendant to attend Christmas Eve from 5:00 PM to 10:00 PM and Christmas Day from 9:00 AM to 6:00 PM at his parents' houses. Defendant shall coordinate his planned departure, destinations, and return with U.S. Probation. At **ALL TIMES** Defendant must be accompanied by a responsible knowledgeable adult with a familial relationship, including in **each and every room in which Defendant enters where children are, or may be, present**. Defendant shall comply with any additional requests of the U.S. Probation Office that they deem necessary to coordinate Defendant's attendance at Christmas Eve and Christmas Day that are consistent with his existing release conditions.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant's Motion to Amend Pretrial Release Conditions, **ECF No. 39**, and related Motion to Expedite, **ECF No. 40**, are **GRANTED.**

**2.** Defendant has the leave of the Court to attend Christmas Eve from 5:00 PM to 10:00 PM and Christmas Day from 9:00 AM to 6:00 PM at his parents' houses, consistent with the conditions set forth above and any requirements of U.S. Probation consistent with the existing terms of release.

**3.** Future motions to amend release conditions should first be directed to the magistrate judge.

ORDER **-** 2

1     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order
2  and provide copies to all counsel and the U.S. Probation Office.
3     **DATED** this 19th day of December 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2014\USA v. Alvarado-2040\order.christmas.cond.release.lc1.docx

ORDER **-** 3